IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

JOHNNY PALERMO,

                    Defendant.

**EXHIBIT LIST**

Case No.      4:23CR3051
Deputy:       Jeri Bierbower
Reporter:     Lisa Grimminger
Date:         April 24, 2023

| PLF | DFT | CRT | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|-----|-----|-----|-------------|-----|-----|------|----------|------|
|     |     | 1   | Powerpoint presentation |     |     | X    |          | 4/24/2023 |
|     |     |     |             |     |     |      |          |      |
|     |     |     |             |     |     |      |          |      |

**OBJECTIONS**
　　　R: Relevancy
　　　H: Hearsay
　　　A: Authenticity
　　　O: Other (specify)

1