IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHNNY PALERMO,

    Defendant.

4:23-CR-3051

ORDER

IT IS ORDERED:

1. The government's motion to restrict (filing 205) is granted.

2. The government's motion to permit payment of restitution before sentencing (filing 206) is granted.

3. The Clerk of the Court shall accept up to and including $64,814.67 in restitution until further order of the Court.

Dated this 6th day of February, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge