QUEÑO MARTINEZ
PRESIDENT
NLPOA OMAHA CHAPTER
PO BOX 241764
OMAHA, NE 68124

Re: 4:23-cr-03051-JMG-JMD Doc # 287
4:23-cr-03052-JMG-JMD Doc # 220

Honorable John M. Gerrard, Senior United States District Judge, I, Queno Martinez, the President of the National Latino Peace Officers Association - NLPOA Omaha Chapter am writing to request an extension in this matter in order to obtain counsel in this matter.

As a non-profit charter organization under the National Latino Peace Officers Association I am asking our parent organization for help with retaining counsel and I need to present my request to the national board of directors for a vote.

Additionally, Lt. Beverly Rodriguez of the Metro Transit Police in Minneapolis, MN, our Northern Region Vice President who represents my chapter on the national level as a voting member, was killed in a boating accident on June 22, 2025. The national organization has not yet made an appointment to replace her. I have been advised by our National President Chief Pete Lopez that no votes will happen until either the appointment of an interim VP for the Northern Region or the elections at our National Meeting on October 4th, 2025.

I am sending a copy of this letter to the interested party of National Latino Peace Officers Association Omaha Chapter Foundation via their representation Howard N. Kaplan, as well as the Plaintiff of the USA via Donald J. Klein and Sean P. Lynch.

Thank you,

*[signature]*

Queño Martinez
President
NLPOA Omaha Chapter

RECEIVED
JUL 14 2025
CLERK
U.S. DISTRICT COURT

Certificate of Service

I hereby certify that a copy of the foregoing document in relation to 4:23-cr-03051-JMG-JMD Doc # 287 and 4:23-cr-03052-JMG-JMD Doc # 220 has been sent to the USA counsel and the counsel of interested party of the National Latino Peace Officers Association Omaha Chapter Foundation by placing a copy of the same in the United States Mail on Wednesday July 9, 2025, and sent to their addresses as follows:

**Plaintiff: USA**
Donald J. Kleine
U.S. ATTORNEY'S OFFICE - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506
(402) 661-3700
Fax: (402) 661-3084
Email: donald.kleine@usdoj.gov

Sean P. Lynch
U.S. ATTORNEY'S OFFICE - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506
(402) 661-3700
Email: sean.lynch@usdoj.gov

**Interested Party:**
National Latino Peace Officers Association Omaha Chapter Foundation
Howard N. Kaplan
K&K LAW FIRM
10675 Bedford Avenue
Suite 201
Omaha, NE 68134
402-397-8988
Fax: 402-281-4275
Email: howard@kklawyers.net

Queño Martinez
President
NLPOA Omaha Chapter
PO Box 241764
Omaha, NE 68124

NLPOT Omaha Chapter
PO Box 241764
Omaha, NE 68124



Clerk of US District Court
District of Nebraska
111 S. 18th Plz
Suite 1152
Omaha, NE 68102

68102-132277